# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES WINSTON JAMES,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00267-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 35 |

　　　Based on the Stipulation of counsel and good cause appearing,

　　　IT IS THEREFORE ORDERED that the Hearing for Waiver of Indictment, Filing of an Information, Initial Appearance and Arraignment and Plea currently scheduled on December 13, 2021 at the hour of 10:00 a.m., be vacated and continued to February 14, 2022, at 3:00 p.m.

　　　DATED this 7th day of December, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE