UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES WINSTON JAMES,<br><br>　　　　Defendant. | Case No. 2:21-cr-00267-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 38 |

　　　Based on the Stipulation of counsel and good cause appearing,

　　　IT IS THEREFORE ORDERED that the Hearing for Waiver of Indictment, Filing of an Information, Initial Appearance and Arraignment and Plea currently scheduled on February 14, 2022 at the hour of 3:00 p.m., be vacated and continued to February 28, 2022 at the hour of 2:00 p.m.

　　　DATED this 27th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE